UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 6 2010

CLERK OF COURT
LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CRIMINAL NO. L-10-0548 |
| | § | |
| VICTOR PEREZ | § | |
| RUBEN DELEON | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about August 1, 2009, to on or about February 19, 2010, in the Southern District of Texas and within the jurisdiction of the Court, **Defendants,**

**VICTOR PEREZ and,**
**RUBEN DELEON,**

did knowingly and intentionally conspire and agree with each and with other persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a controlled substance. This offense involves a quantity in excess of 5 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about February 19, 2010, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**

**VICTOR PEREZ and,
RUBEN DELEON,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involves a quantity in excess of 5 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL:

< **ORIGINAL SIGNATURE
ON FILE**

JOSÉ ANGEL MORENO
UNITED STATES ATTORNEY

*Roberto Ramirez* (signature)
ROBERTO RAMIREZ
Assistant United States Attorney

GPK

USA-74-24b
(Rev. 6-1-71)

**L-10-0548**

| LAREDO  DIVISION | **CRIMINAL DOCKET** | NO. |
FILE: 10-03214  L-10-0409M
INDICTMENT   Filed: **MAR 16 2010**   Judge: _____

UNITED STATES OF AMERICA

ATTORNEYS:
JOSÉ ANGEL MORENO, USA

vs

ROBERTO RAMIREZ, AUSA

Appt'd | Private

VICTOR PEREZ
RUBEN DELEON

GPK

CHARGE: Ct.1:Conspiracy to possess with intent to distribute a quantity in
(TOTAL) excess of 5 kilograms of cocaine [21 USC 846, 841(a)(1) & 841(b)(1)(A)]
(COUNTS:) Ct.2:Possess with intent to distribute a quantity in excess of
(2)        5 kilograms of cocaine
           [21 USC 841(a)(1) & 841(b)(1)(A) & 18 USC 2]

**PENALTY:**
Cts: 1-2    10 Yrs. to Life and/or $4 MILLION, $100 Spec Assessments
            5 YRS MIN, 5 YRS MAX TERM OF SUPERVISED RELEASE

In Jail:                    NAME & ADDRESS

On Bond:                    of Surety:

No Arrest:

**PROCEEDINGS:**